NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID LEE SMITH,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5074

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-218, Judge Edward J. Damich.

---

## ON MOTION

---

## ORDER

David Lee Smith moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 2 1 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: David Lee Smith
Jennifer Dover Spriggs, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 2 1 2012**

**JAN HORBALY**
**CLERK**